UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

JULIE ANNA GUINTARD ABELLA,	Case No.: 3:15-bk-03036-JAF

Debtor.	Chapter 13

### CHAPTER 13 PLAN

Julie Anna Guintard Abella (the "Debtor") submits the following Chapter 13 debt adjustment plan (the "Plan"):

1.    The future earnings and income of the Debtor shall be submitted to the control and supervision of the standing chapter 13 trustee (the "Trustee") for execution of the Plan in the following amounts:

**Months 1-36:**       **$157.03**

2.    From the earnings and income submitted to the Trustee as provided for herein above, the Trustee shall deduct a percentage fee of ten percent (10%) of all payments received under the Plan as provided for below.

3.    The following payments shall be made under the Plan. The Trustee shall disburse payments received under the Plan according to the terms of the Plan.

    A.    **PRIORITY CLAIMS**

        (1)    **Mearkle|Trueblood|Adam, PL** has an administrative priority claim in the amount of **$1,713.00**. Upon confirmation, the Trustee shall make payments of **$142.75** per month in months **1-12** with no interest, in order to satisfy this obligation until paid in full.

    B.    **SECURED CLAIMS**

        (1)    **Bank of America, N.A. ("BOA")**(Account Ending in ***7197) holds or services a first mortgage on the Debtor's homestead property located at 317 Valverde Lane, St. Augustine, FL 32086. The Debtor is current on her payment with BOA, and shall continue to make her regular payment on this account outside the Plan.

    C.    **UNSECURED CLAIMS**

        (1)    All unsecured creditors who have timely filed a proof of claim and whose claims have not been disallowed – including all secured creditors having deficiency claims or whose liens have been avoided – shall receive distribution on pro-rata basis after all administrative, priority, and secured claims have been paid in full. The Trustee shall distribute pro-rata among those unsecured creditors whose claims are filed and allowed. Any claims filed after the Proof of Claim deadline shall receive no distribution under this plan unless specifically provided for above.

   (2)  The Trustee shall distribute **$3,426.00** with monthly payments of **$142.75** in months **13-36.**

4.  **EXECUTORY CONTRACTS** – The Debtor **rejects** any executory contracts not specifically assumed by the Plan.

5.  **VESTING** – Title to all property of the estate shall re-vest in the Debtor at discharge.

6.  **RETENTION OF LIEN** – Secured creditors shall retain their liens until the allowed secured claim is paid in full.

7.  **INSURANCE** – The Debtor shall keep the collateral, which secures any debt paid under this plan insured as provided for in the agreement between the Debtor and creditor.

8.  **CONFIRMATION OF THE PLAN** – Shall impose an affirmative duty on the holders and/or servicers of any secured claims.

  A.  To apply the payments received from the Trustee on the prepetition arrearages, if any, only to such arrearages. For purposes of this Plan the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.

  B.  To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.

  C.  To apply the direct post-petition monthly payments paid by the trustee or by the Debtor to the month in which each payment was designated to be made under the plan or directly by the Debtor, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance, or similar account.

  D.  Any post petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtor's completion of the Plan, unless specifically provided for in the Confirmation Order, or by further order of the Court on motion filed prior to completion of the Plan.

**DATED**: this 3rd day of August, 2015.

              MEARKLE|TRUEBLOOD|ADAM, PL

              */s/ Brett A. Mearkle*
              Brett A. Mearkle, Esq.
              Florida Bar No. 644706
              218 N. Broad Street
              Jacksonville, FL 32202
              (904) 352-1342
              (904) 800-1058 facsimile
              bmearkle@mtalawyers.com

              *Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

JULIE ANNA GUINTARD ABELLA,   Case No.: 3:15-bk-03036-JAF

Debtor.   Chapter 13

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the ***Chapter 13 Plan*** was furnished by first-class mail, postage prepaid upon the parties listed on the attached service list or by electronic transmission via the Court's CM/ECF system this 3rd day of August, 2015.

*/s/ Brett A. Mearkle*
Brett A. Mearkle, Esq.
Florida Bar No. 644706
218 N. Broad Street
Jacksonville, FL 32202
(904) 352-1342
(904) 800-1058 facsimile
bmearkle@mtalawyers.com

```
Label Matrix for local noticing          Julie Anna Guintard Abella           BANK OF AMERICA, N.A.
113A-3                                   317 Valverde Lane                    Marinosci Law Group, P.C.
Case 3:15-bk-03036-JAF                   Saint Augustine, FL 32086-8885       c/o Connie J. Delisser, Esq.
Middle District of Florida                                                    100 West Cypress Creek Road, Ste 1045
Jacksonville                                                                  Fort Lauderdale, FL 33309-2191
Mon Aug  3 14:49:23 EDT 2015

American Express                         Bank of America, N.A.                Bank of America, N.A.
Po Box 3001                              1800 Tapo Canyon Rd                  Attn: Correspondence Unit
16 General Warren Blvd                   Simi Valley, CA 93063-6712           CA6-919-02-41
Malvern, PA 19355-1245                                                        Po Box 5170
                                                                              Simi Valley, CA 93062-5170

(p)BANK OF AMERICA                       Cap One                              Cap1/bstby
PO BOX 982238                            Po Box 30253                         Po Box 6497
EL PASO TX 79998-2238                    Salt Lake City, UT 84130-0253        Sioux Falls, SD 57117-6497


Cap1/parsn                               Cap1/store                           Capital One
Po Box 15521                             Po Box 30253                         Attn: Bankruptcy
Wilmington, DE 19850-5521                Salt Lake City, UT 84130-0253        Po Box 30285
                                                                              Salt Lake City, UT 84130-0285


Chase Card                               Chase-pier1                          Chase/circuitcity
Po Box 15298                             Chase Card Svcs/Attn:Bankruptcy Dept Po Box 15298
Wilmington, DE 19850-5298                Po Box 15298                         Wilmington, DE 19850-5298
                                         Wilmington, DE 19850-5298


Citibank/The Home Depot                  Comenity Bank/Z Gallerie             Comenity Bank/vctrssec
Citicorp Credit Srvs/Centralized Bankrup Attention: Bankruptcy                Po Box 182789
Po Box 790040                            Po Box 182125                        Columbus, OH 43218-2789
Saint Louis, MO 63179-0040               Columbus, OH 43218-2125


Compass Bk                               Concord Svc                          Discover Bank
Attn:Bankruptcy                          4150 N. Drinkwater                   Discover Products Inc
Po Box 10566                             Scottsdale, AZ 85251-3643            PO Box 3025
Birmingham, AL 35296-0001                                                     New Albany, OH  43054-3025


Discover Fin Svcs Llc                    Expo/cbsd                            Florida Dept. of Revenue
Po Box 15316                             Citicards Private Label-Bankruptcy   Bankruptcy Unit
Wilmington, DE 19850-5316                Po Box 20483                         P.O. Box 6668
                                         Kansas City, MO 64195-0483           Tallahassee, FL 32314-6668


Green Tree Servicing L                   (p)GREENTREE SERVICING LLC           Internal Revenue Service
Po Box 6172                              BANKRUPTCY DEPARTMENT                PO Box 7346
Rapid City, SD 57709-6172                P O BOX 6154                         Philadelphia, PA  19101-7346
                                         RAPID CITY SD 57709-6154


(p)NATIONSTAR MORTGAGE LLC               (p)FINANCIAL INSTITUTION LENDING OPTIONS  Specialized Loan Servi
PO BOX 619096                            550 BAY VIEW RD STE A                Attn: Bankruptcy
DALLAS TX 75261-9096                     PO BOX 750                           8742 Lucent Blvd.  Suite 300
                                         MUKWONAGO WI 53149-0750              Highlands Ranch, CO 80129-2386
```

| | | |
|---|---|---|
| St. Johns County Tax Collector<br>Dennis W. Hollingswo<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 | Suntrust Bk-n Central<br>Attn:Bankruptcy Dept<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23285-5092 | Syncb/Belk<br>Po Box 965028<br>Orlando, FL 32896-5028 |
| Syncb/scan Design<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/usa Baby<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Vystar Credit Union<br>Po Box 18<br>Jacksonville, FL 32212-0018 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Brett A Mearkle +<br>Mearkle Trueblood Adam, PL<br>218 N. Broad Street<br>Jacksonville, FL 32202-4802 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | Connie J Delisser +<br>Marinosci Law Group, P.C.<br>100 West Cypress Creek Road<br>Suite 1045<br>Fort Lauderdale, FL 33309-2191 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America, N.A.<br>Attn: Recovery Dept.<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | (d)Bank of America, N.A.<br>Po Box 982235<br>El Paso, TX 79998 | Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154 |
| Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | SST<br>Attn: Bankruptcy Dept<br>Po Box 3999<br>Saint Joseph, MO 64503 | Vystar Credit Union<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     0
Total                  41